IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABRAM SOLLMAN, on behalf of himself,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF DAVIS, in his individual capacity as Sheriff of Sarpy County, Nebraska; RN CHELSY, in her individual capacity as Director of Medical Department at the Sarpy County Jail; DR. TAO, medical provider at the University of Nebraska Medical Center; and DOES 1 TO 20, inclusive,<br><br>Defendants. | 8:21CV177<br><br>MEMORANDUM<br>AND ORDER |

On May 3, 2021, the court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 9th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge